# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYBANK, N.A., | No. 2:24-cv-07305-JAK (ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOSEPH KEYSHAWN JOHNSON, | |
| Defendant. | |

1

Based on a review of the parties' Joint Stipulation for Entry of Judgment (Dkt. 27), and good cause has been shown for the requested relief. Accordingly, judgment is entered, as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.     KEYBANK, N.A. ("KeyBank") shall have judgment against Defendant JOSEPH KEYSHAWN JOHNSON in the amount of $2,170,517.53;

2.     KeyBank is determined to be the prevailing party in whose favor judgment is entered, pursuant to Local Rule 54-1;

3.     KeyBank shall be entitled to recover its costs and attorney's fees in connection with obtaining this judgment, in an amount to be determined upon rulings on (a) a subsequent motion for attorney's fees to be filed within fourteen (14) days, and (b) an application to tax costs that shall be made to the Clerk of the Court;

4.     The Court shall retain jurisdiction over the matter to enforce the Parties' agreements related to the Stipulated Judgment.

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
John A. Kronstadt
United States District Judge

2