JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYBANK, N.A., | No. 2:24-cv-07305-JAK (ASx) |
|     Plaintiff, | **AMENDED JUDGMENT** |
| v. | <mark>**JS-6: Case Closed**</mark> |
| JOSEPH KEYSHAWN JOHNSON, | |
|     Defendant. | |

1

Based on a review of the parties' Joint Stipulation for Entry of Judgment (Dkt. 27), and good cause has been shown for the requested relief. Accordingly, judgment is entered, as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.     KEYBANK, N.A. ("KeyBank") shall have judgment against Defendant JOSEPH KEYSHAWN JOHNSON in the amount of $2,173,933.03, which includes $3,415.50 in attorney's fees granted by the Court on June 1, 2026, and

2.     KeyBank is determined to be the prevailing party in whose favor judgment is entered, pursuant to Local Rule 54-1.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

                                              _____

John A. Kronstadt
United States District Judge

2